IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FAR NORTH PATENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NXP USA, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:20-cv-397-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

This matter came before the Court upon the Joint Motion to Dismiss NXP filed by Plaintiff Far North Patents, LLC ("Far North") and Defendant NXP USA, Inc. ("NXP"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by Far North against NXP in this action are hereby dismissed with prejudice and all counterclaims asserted by NXP against Far North in this action are hereby dismissed with prejudice, subject to the Court's reservation of jurisdiction over Far North and NXP to enforce the settlement agreement between Far North and NXP. It is further

**ORDERED** that Far North and NXP shall bear their own costs, expenses, and legal fees in this case.

SIGNED this  30th  day of _____November_____, 2020

Honorable Judge Alan D Albright
UNITED STATES DISTRICT COURT JUDGE